UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCISCAN HEALTH DYER CAMPUS, FRANCISCAN HEALTH LAFAYETTE EAST, and FRANCISCAN HEALTH INDIANAPOLIS. <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, Secretary of U.S. Health and Human Services <br><br> Defendant. | Case No. 1:20-cv-03497-JEB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Hospitals ("Hospitals"), by and through counsel, hereby give notice of the voluntary dismissal of this case.

1. On December 1, 2020, the Hospitals filed a Complaint, Dkt. No. 1, in this Court.

2. On March 24, 2021, Defendant filed a Consent Motion to Extend Time to Respond to Complaint, Dkt. 12. The Court granted the Defendant's Motion and reset the deadline for Defendant to respond to the Complaint to May 28, 2021.

3. On May 27, 2021, Defendant filed a second Consent Motion to Extend Time to Respond to Complaint, Dkt. 13. The Court granted the Defendant's Motion and reset the deadline for Defendant to respond to the Complaint to June 18, 2021.

4. However, the Plaintiff Hospitals have decided to Voluntarily Dismiss this matter.

5. As of this date, the Defendant has not answered or moved for summary judgment on the Complaint.

6. Fed.R.Civ.P. 41(a)(1)(A)(i) provides that so long as the opposing party has not yet served either an answer or a motion for summary judgment in response to the complaint, a plaintiff may voluntarily dismiss the case without a court order by filing a notice of dismissal. *Little v. Trott & Trott, P.C.*, Civil Action No.09-1882 (CKK), 2009 U.S. Dist. LEXIS 116575, at *2 (D.D.C. December 14, 2009)(citing Fed.R.Civ.P. 41(a)(1)(A)(i)).

7. The Hospitals hereby give such notice of voluntary dismissal.

8. Therefore, the action should be dismissed without the need for a court order. *Little*, 2009 U.S. Dist. Lexis 116575, at *3.

Respectfully submitted,

HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C.

/s/Andrew B. Howk
Andrew B. Howk, Attorney No. IN0005
N. Kent Smith, Attorney No. IN177749
500 North Meridian Street, Suite 400
Indianapolis, IN  46204-1293
Ph:  (317) 429-3607
Fax: (317) 633-4878
Email:  ahowk@hallrender.com
Email: ksmith@hallrender.com
*Attorneys for Plaintiffs*

4823-1404-6191v1